UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>          Plaintiff,<br><br>   v.<br><br>DOES 1-10, inclusive,<br><br>          Defendants. | Case No. 4:19-cv-08042-PJH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S SYNOPSYS, INC.'S MOTION FOR EX PARTE APPLICATION FOR EXPEDITED LIMITED <s>AND CONFIDENTIAL</s> DISCOVERY \*\* AS MODIFIED \*\***<br><br>Date Action Filed: December 9, 2019 |

1 | The Court, having considered Plaintiff Synopsys, Inc.'s ("Synopsys") Notice of Motion
2 | for Ex Parte Application for an Order for Expedited Limited Confidential Discovery (the
3 | "Application"), and having found good cause to do so, hereby orders as follows:

    Plaintiff's Application is **GRANTED** with respect to plaintiff's request for leave to serve the proffered subpoenas \*\*\* as modified by the Court and attached to this order \*\*\* on Google, Inc. (Ex. A) and Amazon Web Services, Inc. (Ex. B).

    Plaintiff is ordered to serve a copy of this Order on the Subpoenaed Parties when Plaintiff serves said Subpoenas.

**IT IS SO ORDERED.**

DATED: December 13, 2019            /s/ Phyllis J. Hamilton
                                                     Phyllis J. Hamilton
                                                     United States District Judge

- 1 -

[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR EX PARTE APPLICATION FOR EXPEDITED LIMITED ~~AND CONFIDENTIAL~~ DISCOVERY
3:19-cv-08042-PJH